Curtis RICHARDSON, a/k/a Curtis D. Richardson, a/k/a Curtis Dale Richardson, Petitioner–Appellant,

v.

Phillip THOMPSON, Sheriff of Horry County, Respondent–Appellee.

No. 15–7920.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 2, 2016.

Curtis Richardson, Appellant Pro Se.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Richardson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Richardson v. Thompson,* No. 4:15–cv–02638–RBH, 2015 WL 7428567 (D.S.C. Nov. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*